**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|   | : |   |
|   | : |   |
| V. | : | Civil Action |
|   | : | No: _____ |
|   | : |   |

DISCLOSURE STATEMENT FORM

Please check one box:

❏   The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏   The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____
Date                                      Signature

Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or

        (2)   states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)   promptly file a supplemental statement if any required information changes.