**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JON FEINGERSH PHOTOGRAPHY, INC., ) ) Plaintiff, ) ) v. ) ) PEARSON EDUCATION, INC. and ) CORBIS CORPORATION, ) ) Defendants. ) ) | Case No. 2:13-CV-00078-AB |

## ORDER

AND NOW, this ___ day of _____, 2013, upon consideration of Reply Request for Judicial Notice in Support of Defendant Corbis Corporation's Motion to Dismiss (Docket No. 19), it is ORDERED that the Request for Judicial Notice is GRANTED.

BY THE COURT:

_____
Hon. Anita B. Brody