# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON FEINGERSH PHOTOGRAPHY, INC., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 13-78 |
| PEARSON EDUCATION, INC., | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this _15th___ day of _October_, 2013, it is **ORDERED** that Defendant Pearson Education, Inc.'s Renewed Motion to Transfer Venue (ECF No. 51) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

1